```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

CIVIL ACTION NO. 1:13cv165 (WOB-MRM)

WAND NEWMAN                                               PETITIONER

VS.                           <u>JUDGMENT</u>

TOM SCHWEITZER, WARDEN,
LEBANON CORRECTIONAL INSTITUTION                          rESPONDENT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #14), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #14) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. #3), is **DISMISSED** with prejudice. A certificate of appealability shall not issue with respect to any of the claims alleged herein. Pursuant to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not be taken in "good faith" and petitioner should therefore not be permitted to proceed *in forma pauperis*.

This 11th day of June, 2014.



Signed By:
<u>*William O. Bertelsman*</u> WOB
United States District Judge